MCDONALD, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16444.

*Nancy Burton*, in support of the petition.

Decided December 20, 2000

## STATE OF CONNECTICUT *v.* ROBERT MADAGOSKI

The defendant's petition for certification for appeal from the Appellate Court, 59 Conn. App. 394 (AC 18789), is denied.

*Francis L. O'Reilly*, special public defender, in support of the petition.

Decided January 3, 2001

## STATE OF CONNECTICUT *v.* ANTHONY JONES

The defendant's petition for certification for appeal from the Appellate Court, 59 Conn. App. 762 (AC 19056), is denied.

*Richard W. Callahan*, special public defender, in support of the petition.

Decided January 3, 2001

## STATE OF CONNECTICUT *v.* DUANE LOCKHART

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 119 (AC 18184), is denied.

*Jeffrey D. Brownstein*, in support of the petition.